# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>GENVEC, INC., WAYNE T. HOCKMEYER, WILLIAM N. KELLEY, STEFAN D. LOREN, QUINTEROL J. MALLETTE, MICHAEL RICHMAN, MARC R. SCHNEEBAUM, DOUGLAS J. SWIRSKY, INTREXON CORPORATION, and INTREXON GV HOLDING, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:17-cv-00338-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Parshall hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 19, 2017                              **RIGRODSKY & LONG, P.A.**

                                                By:  */s/ Brian D. Long*
**OF COUNSEL:**                                     Seth D. Rigrodsky (#3147)
                                                    Brian D. Long (#4347)
**RM LAW, P.C.**                                    Gina M. Serra (#5387)
Richard A. Maniskas                                 2 Righter Parkway, Suite 120
1055 Westlakes Drive, Suite 3112                    Wilmington, DE 19803
Berwyn, PA 19312                                    (302) 295-5310
(484) 324-6800

                                                    *Attorneys for Plaintiff*